UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0554M-01 (CR) |
| **ERRICKSTON A. BENNETT,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 7, 2007, within the District of Columbia, **ERRICKSTON A. BENNETT**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about November 7, 2007, within the District of Columbia, **ERRICKSTON A. BENNETT**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. F5966-01, did unlawfully and knowingly receive and possess a firearm, that is, Firestarr .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about November 7, 2007, within the District of Columbia, **ERRICKSTON A. BENNETT**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Firestarr .45 caliber semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.