IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 07-336 (JDB) |
| | : |
| **ERICKSTON A. BENNETT,** | : |
| | : |
| | : |
| **Defendant.** | : |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony W. Miles has assumed responsibility for the defense of Erickston A. Bennett in the above-captioned case. Mr. Bennett's case had previously been assigned to Assistant Federal Public Defender Mary Manning Petras.

Respectfully submitted,

"/s/"
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500