IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO 07-336 (JDB) |
| | ) |
| **ERICKSTON A. BENNETT,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Tony W. Miles, and Assistant Federal Public Defender Rita Bosworth, as co-counsel. Please send copies of all notice and inquiries to both attorneys at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


"/s/"
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500