UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| **ERRICKSTON BENNETT,** | : | Trial Date: May 12, 2008 |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION TO LEAVE TO LATE FILE GOVERNMENT'S OMNIBUS RESPONSE TO DEFENDANT'S PRE-TRIAL MOTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission to late file its supplemental motion. As grounds for this request, the United States provides the following:

1. The undersigned Assistant U.S. Attorney (Assistant) received all of the pertinent Metropolitan Police Department (MPD) Orders and procedures this morning, April 24, 2008, at approximately 9:30 a.m..

2. The undersigned Assistant and United States Attorney's Office staff had difficulty attaching the Orders as exhibits to the Supplemental Motion.

Wherefore, the United States respectfully requests that its motion herein be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
RHONDA L. CAMPBELL
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar # 462402
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 514-9519
rhonda.campbell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| ERRICKSTON BENNETT, | : | Trial Date: May 12, 2008 |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

_____Upon consideration of Government's Motion to Late File the Government's Supplemental Motion, it is hereby this 24th day of April, 2008,

ORDERED, that Government's Motion is GRANTED, and it is further

ORDERED, that Government's Supplemental Motion shall be filed no later than 12:40 p.m., on April 24, 2008.


_____
JOHN D. BATES
JUDGE
UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA