**Certificate of Service**

  I hereby certify that a copy of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), was served upon counsel of record for the defendant, Tony Miles, Esq., 625 Indiana Ave., N.W., Suite 550, Washington, D.C. 20004, through the electronic court filing system, this 29th day of April, 2008.

                _____/s/_____
                Rhonda L. Campbell
                Assistant United States Attorney