UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| ERRICKSTON BENNETT, | : | Trial Date: May 12, 2008 |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the May 12, 2008 trial date. As grounds for this motion, the United States provides the following:

1. On April 29, 2008, the undersigned Assistant U.S. Attorney was notified by Heather Hartshorn, who is a Senior Forensic Chemist for the Drug Enforcement Agency Laboratory, and the chemist who analyzed the drugs in this case, that she begins jury duty in another jurisdiction on May 13, 2008.

2. Ms. Hartshorn is an essential witness in the United States' case.

3. The undersigned Assistant spoke with defense counsel, Rita Bosworth, who advised that the defendant will not stipulate to Ms. Hartshorn's testimony.

4. The undersigned Assistant has placed Ms. Hartshorn under subpoena; however we are uncertain whether Ms. Hartshorn will be available for trial.

5. The United States is prepared to call another chemist to testify based upon Ms. Hartshorn's analysis, pursuant to Federal Rule of Evidence 702.[1]

---

[1] See United States v. Henry, 472 F.3d 910 (D.C. Cir. 2007)

6. Should defense object to that means of introducing evidence of the chemical analysis in this case, the United States requests a new trial date.

Wherefore, the United States respectfully requests that its motion herein be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
RHONDA L. CAMPBELL
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar # 462402
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 514-9519
rhonda.campbell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| ERRICKSTON BENNETT, | : | Trial Date: May 12, 2008 |
| | : | |
| Defendant. | : | |
| _____ | : | |

ORDER

_____ Upon consideration of Government's Motion to Continue Trial, it is hereby this 29th day of April, 2008,

ORDERED, that Government's Motion is GRANTED.

_____
JOHN D. BATES
JUDGE
UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA