UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| **ERRICKSTON BENNETT,** | : | Trial Date: May 12, 2008 |
| | : | |
| Defendant. | : | |
| _____ | : | |

## WITHDRAWAL OF GOVERNMENT'S MOTION IN LIMINE TO INTRODUCE SUBSTITUTE EXPERT TESTIMONY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests withdrawal of our motion in limine to allow the government to offer expert opinion, which is based on analysis performed by another chemist. As grounds for this motion, the United States provides the following:

1. On May 5, 2008, at approximately 4:30 p.m., the United States was notified by Heather Hartshorn, who is a Senior Forensic Chemist for the Drug Enforcement Agency Laboratory, and the chemist who analyzed the drugs in this case, that her jury duty has been postponed from May 13, 2008, to later date in the year.

Wherefore, the United States respectfully requests withdrawal of our Motion in Limine to be allowed to offer expert opinion on another DEA Chemist's analysis and opinion, as moot.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar # 498-610


          /s/
        RHONDA L. CAMPBELL
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar # 462402
        555 4th Street, N.W., Room 4239
        Washington, DC 20530
        (202) 514-9519
        rhonda.campbell@usdoj.gov