UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-336 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **ERRICKSTON BENNETT,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Frederick Yette, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____/s/_____
FREDERICK YETTE
Assistant United States Attorney
Federal Major Crime Section, Bar No. 385 391
555 4th Street, NW, Room 4834
Washington, DC 20530
(202) 353-1666
Frederick.Yette@usdoj.gov