UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| ERRICKSTON BENNETT, | : | |
| Defendant. | : | |

**FILED**

**MAY 1 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Errickston Bennett, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

On November 7, 2007, Sergeant Timothy Cortright observed a vehicle in the area of the 1100 block of Queen Street, N.E., in the District of Columbia, that he believed to be stolen. While observing the vehicle, he saw a person, later identified as Errickston Bennett, enter and exit the vehicle twice. Based on these observations and other information he received regarding the stolen vehicle, he placed Mr. Bennett under arrest.

Sgt. Cortright searched the vehicle. Inside the center console he found: 1) a large clear plastic ziploc bag containing 24 large tannish rocks; 2) a plastic pill container which contained 104 small ziploc bags, each containing a tannish rock; and 3) personal items belonging to Mr. Bennett. He also found a backpack on the passenger side floorboard of the vehicle which contained: 1) an operable Firestorm .45 caliber semi-automatic pistol with nine rounds of ammunition inside, which had an obliterated serial number; 2) a liquor box, which contained a plate, razor blades, several

empty ziploc bags that matched the ziplocs in the pill container in the center console, two cigarette lighters, and a electronic scale; 3) mail matter with Mr. Bennett's name on it; and 4) a cellular phone subscribed to Mr. Bennett, and Mr. Bennett's cellular phone bill. Other mail matter and personal documents were found throughout the vehicle, including in the driver's side door pocket, the trunk and the glove compartment.

The Drug Enforcement Agency Laboratory Chemist analyzed all the substances believed to be drugs and determined that the substances were cocaine base, with a combined net weight of 115.2 grams. Mr. Bennett possessed the cocaine base recovered from the vehicle with intent to distribute. Mr. Bennett also possessed the firearm and ammunition found in the backpack. At the time he possessed the firearm, he had been previously convicted of an offense punishable by imprisonment of more than one year. The firearm and ammunition, which Mr. Bennett possessed, were not manufactured in the District of Columbia and therefore traveled in interstate commerce.

DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense with my attorney, Tony Miles, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 5/12/08

Errickston Bennett

Date: 5/12/08

Tony Miles, Esq.
Attorney for Errickston Bennett