UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-336 (JDB) |
| | : | |
| ERRICKSTON BENNETT, | : | Sentencing Date: July 29, 2008 |
| | : | |
| Defendant. | : | |
| _____ | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the sentencing in the above-captioned case, presently set for July 29, 2008, be changed to a time and date convenient to all parties. As grounds for this request, the United States represents that:

  1. On May 12, 2008, defendant Errickston Bennett, plead guilty to plead guilty to Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii), and Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1). On that date, the parties agreed, and this Court scheduled defendant Bennett's sentencing for July 29, 2008, at 9:30 a.m..

  2. After May 12, 2008, the undersigned Assistant United States Attorney received notice that her spouse's requested leave, which had been submitted to his sergeant in March 2008, was approved from July 20, 2008 through August 4, 2008. The approved leave would allow the undersigned AUSA to take personal leave as well.

3. If this Court is inclined, the undersigned AUSA would respectfully requests that this Court continue the sentencing in the above-captioned case to any day after August 5, 2008.

4. On June 3, 2008, the undersigned AUSA notified Attorney Tony Miles, counsel for defendant Bennett, who does not oppose a continuance in this case, but requested that sentencing take place the week of August 4, 2008 because defendant Bennett, who has been detained pending sentencing, requests that his sentencing hearing occur at the earliest date possible.

WHEREFORE, the United States respectfully requests a continuance in the above-captioned case, to any day after August 5, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By:       /s/_____
Rhonda L. Campbell
Assistant United States Attorney
D.C. Bar No. 462402
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4239
Washington, D.C. 20530
(202) 514-9519
rhonda.campbell@usdoj.gov